WILLIAM J. PRESTON, Plaintiff in Error, *v.* THE MISSOURI AND PENNSYLVANIA LEAD COMPANY, Defendant in Error.

1. *Judgment — Costs — Appeal.*— A judgment for costs will not support an appeal or writ of error.

*Error to Washington Circuit Court.*

*Emmerson & Dillingham*, with *L. F. Dinning*, for plaintiff in error.

*Reynolds & Relfe*, for defendant in error.

WAGNER, Judge, delivered the opinion of the court.

The record in this case shows no final judgment in the court below. The plaintiff, under certain rulings of the court, took a nonsuit with leave to move to set the same aside, and the only

entry of judgment is: "Therefore it is considered by the court that the said defendant have and recover of the said plaintiff its costs in this behalf expended, and that execution issue therefor." This is simply a judgment for costs, and will not support an appeal or writ of error. (Bogges v. Cox, *ante*, p. 278.)

Let the writ be dismissed. The other judges concur.